DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE JEAN-BART,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, BANK OF AMERICA, NA, EUGENE BARLATIER, JOCELENE JOSEPH, GENESIS AT THE LANDINGS HOME OWNERS ASSOCIATIONM, INC.** and **LANDINGS MASTER ASSOCIATION, INC. ,**
Appellees.

No. 4D16-3422

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE150014394.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Lindsay R. Dunn of the First American law Group, Largo, for Appellee-Federal National Mortgage Association.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***